UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-CV-60395-WPD

HOWARD COHAN,

     Plaintiff,

vs.

COHEN DANIA BEACH HOTEL LLC
a Foreign Limited Liability Company
d/b/a LE MERIDIEN DANIA BEACH
AT FORT LAUDERDALE AIRPORT

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, COHEN DANIA BEACH HOTEL LLC, a Foreign Limited Liability Company, d/b/a LE MERIDIEN DANIA BEACH AT FORT LAUDERDALE AIRPORT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 14, 2021.

By: **/s/ Gregory S. Sconzo**                                   By: /s/ **Alex P. Rosenthal**

Gregory S. Sconzo, Esq.                                   Alex P. Rosenthal, Esq.

Florida Bar No.: 0105553                                  Fla. Bar No. 815160

Sconzo Law Office, P.A.                                   alex@rosenthalcounsel.com

3825 PGA Boulevard, Suite 207                     ROSENTHAL LAW GROUP

Palm Beach Gardens, FL 33418                  2115 N Commerce Parkway

Telephone: (561) 729-0940                          Weston, FL 33326

Facsimile: (561) 491-9459                           Telephone (954) 384-9200

Email: greg@sconzolawoffice.com                 Attorney for Defendant

Secondary Email: alexa@sconzolawoffice.com

Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**   /s/ Gregory S. Sconzo            **
**Gregory S. Sconzo, Esq.**